In re: Perry ORLANDO, Petitioner.

No. 07–1152.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. Feb. 8, 2007.

Filed March 6, 2007.

Perry Orlando, Jesup, GA, pro se.

George S. Leone, Office of United States Attorney, Newark, NJ, for Respondent.

BEFORE: BARRY, AMBRO and FISHER, Circuit Judges.

OPINION

PER CURIAM.

*Pro se* Petitioner Perry Orlando seeks a writ of mandamus to compel the United States District Court for the District of New Jersey to reach a decision on his motion to amend judgment. We will deny the petition for writ of mandamus as moot.

The District Court entered an amended judgment on November 30, 2006.